**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOHN REYNOLDS,

          Plaintiff,

     v.

STEVE GORDON, in his official capacity as Director of the California Department of Motor Vehicles,

          Defendant.

No. 5:25-cv-2389 MRA (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT (DOC. NO. 30)**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Plaintiff's Second Amended Complaint is DISMISSED, with 14 days' leave to amend.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at Plaintiff's current address of record, as well as all parties who have appeared in the action.

IT IS SO ORDERED.

DATED: April 7, 2026

_____

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE