JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN REYNOLDS,<br>Plaintiff,<br>v.<br>STEVE GORDON, in his official capacity as Director of the California Department of Motor Vehicles,<br>Defendant. | No. 5:25-cv-2389 MRA (DSR)<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge on Defendant's Motion to Dismiss Third Amended Complaint (Doc. No. 66),

IT IS HEREBY ORDERED AND ADJUDGED that the above-captioned matter is dismissed, without prejudice, for lack of jurisdiction. The Order constitutes final disposition of the case by the Court.

DATED: July 22, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE